IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:09cr00277-01 JMM

MICHAEL WAYNE CONDER

AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on May 7, 2010 (DE #43), is amended. The original judgment failed to include all items forfeited to the United States. Following is a complete list of the property defendant shall forfeit his interest in to the United States:

**(1)    a Romarm/Cugir, model GP-WASR-10/63, 7.62 x 39 millimeter assault rifle, loaded with two 30 round clips taped together with red tape, bearing serial number IS-4510-97;**

**(2)    a 30-06 caliber, Model 742 Remington rifle bearing serial number A6927993;**

**(3)    a Model Citori Browning 20 gauge shotgun bearing serial number 10194RTJC3;**

**(4)    a Model 1300 Winchester 12 gauge shotgun, bearing serial number L2818843;**

**(5)    a Model 10-22 Ruger .22 caliber rifle bearing serial number 259-66088;**

**(6)    a Model Cricket Keystone Arms Company .22 caliber rifle bearing serial number 259420;**

**(7)    a Model 500A Mossberg 12 gauge shotgun bearing serial number R556994;**

**(8)    a Model Blackhawk Ruger .45 caliber revolver bearing serial number 48-32236;**

**(9)** a Model SW40V Smith & Wesson .40 caliber pistol bearing serial number PAP9463;

**(10)** a Model 336 CS Marlin 35 Remington caliber rifle bearing serial number 03042003;

**(11)** a Model 22 Glock .40 caliber pistol bearing serial number DTY289US;

**(12)** a Browning Model Baby Browning .25 caliber pistol bearing serial number 368682

**(13)** 6 Remington brand 12 gauge shotgun shells;

**(14)** 76 Federal brand 12 gauge shotgun shells;

**(15)** 10 Winchester brand 12 gauge shotgun shells;

**(16)** 1 unknown brand 12 gauge shotgun shell;

**(17)** 494 Remington brand 20 gauge shotgun shells;

**(18)** 21 Winchester brand 20 gauge shotgun shells;

**(19)** 1 Hornaday brand 20 gauge shotgun shell;

**(20)** 17 Remington brand 410 gauge shotgun shells;

**(21)** 4 Winchester brand 410 gauge shotgun shells;

**(22)** 106 rounds CCI brand .22 caliber ammunition;

**(23)** 61 rounds assorted brands .22 caliber ammunition;

**(24)** 3 rounds unknown brand .22 caliber ammunition;

**(25)** 13 rounds CCI brand .45 caliber ammunition;

**(26)** 9 rounds assorted brands .45 caliber ammunition;

**(27)** 1 round Federal brand .45 caliber ammunition;

**(28)** 1 round Corbon Bullet Company .45 caliber ammunition;

**(29)	5 rounds assorted brands .40 caliber ammunition;**

**(30)	5 rounds Remington brand 9 millimeter ammunition;**

**(31)	25 rounds Speer brand .25 caliber ammunition;**

**(32)	4 rounds of assorted brands .25 caliber ammunition;**

**(33)	7 rounds Remington brand 32-20 caliber ammunition;**

**(34)	20 rounds Wolf brand 7.62 x 39 millimeter ammunition; and**

**(35)	2 rounds Chinese made 7.62 x 39 millimeter ammunition**

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 12th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE