### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:09cr00277-01 JM | |
| MICHAEL WAYNE CONDER | | DEFENDANT |

### ORDER

The Government's Motion to Dismiss Petition (Docket No. 56) is GRANTED. The Petition to Revoke as to Michael Wayne Conder (Docket No. 52) is dismissed. The Clerk shall unseal the Petition to Revoke, the Sealed Order (Docket No. 53), and recall the arrest warrant as to Michael Wayne Conder.

IT IS SO ORDERED this 22nd day of December, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE